BRADLEY S. PHILLIPS (SBN 85263)
brad.phillips@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

BRYAN H. HECKENLIVELY (SBN 279140)
bryan.heckenlively@mto.com
ELIZABETH A. KIM (SBN 295277)
elizabeth.kim@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

CHARLES F. ROBINSON (SBN 113197)
charles.robinson@ucop.edu
MARGARET L. WU (SBN 184167)
margaret.wu@ucop.edu
UNIVERSITY OF CALIFORNIA
Office of the General Counsel
1111 Franklin Street, 8th Floor
Oakland, CA 94607-5200
Telephone: (510) 987-9800
Facsimile: (510) 987-9757

Attorneys for Defendants THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, JANET NAPOLITANO, NICHOLAS B. DIRKS, CAROL T. CHRIST, STEPHEN C. SUTTON, JOSEPH D. GREENWELL, MARGO BENNETT, ALEX YAO, LEROY HARRIS, MARC DECOULODE, AND JOEY WILLIAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JOHN JENNINGS, et al., <br><br> Plaintiff, <br><br> vs. <br><br> REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al., <br><br> Defendants. | Case No. 18-CV-00268-CW <br><br> **STIPULATION TO SET DEADLINE FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT ON MARCH 26, 2018** <br><br> Judge: Hon. Claudia Wilken |

# STIPULATION

In support of this Stipulation, the Parties state as follows:

WHEREAS, on various dates on or before, February 1, 2018, Plaintiffs served the original Complaint in this action on Defendants The Regents of the University of California, Janet Napolitano, Nicholas B. Dirks, Carol T. Christ, Stephen C. Sutton, Joseph D. Greenwell, Margo Bennett, Alex Yao, and Leroy Harris, and therefore, pursuant to Federal Rule of Civil Procedure 12(a)(1), these Defendants had until dates on or before February 22, 2018, to respond to the original complaint;

WHEREAS, on February 1, 2018, Plaintiffs filed a First Amended Complaint that did not name The Regents of the University of California as a defendant but added as new Defendants Marc DeCoulode and Joey Williams;

WHEREAS, on February 8, 2018, Plaintiffs served the First Amended Complaint on Defendants Napolitano, Dirks, Christ, Sutton, Greenwell, Bennett, Yao, and Harris, and therefore, pursuant to Federal Rule of Civil Procedure 15, these Defendants have until at least February 22, 2018 to respond to the First Amended Complaint;

WHEREAS, on February 8, 2018, Plaintiffs served the First Amended Complaint on Defendants DeCoulode and Williams, and therefore, pursuant to Federal Rule of Civil Procedure 12(a)(1), Defendants DeCoulode and Williams have until March 1, 2018, to respond to the First Amended Complaint;

WHEREAS, in order to streamline proceedings, avoid conflicting deadlines, and ensure sufficient time for Defendants to respond, the parties have agreed that all of the aforementioned Defendants' deadline to respond to the First Amended Complaint should be set for March 26, 2018;

WHEREAS, this stipulated extension of time will not alter the date of any event or any deadline already fixed Court order;

NOW THEREFORE, pursuant to L.R. 6–1(a), Plaintiffs and Defendants through their counsel of record stipulate to the following:

1  IT IS HEREBY STIPULATED that Defendants Napolitano, Dirks, Christ, Sutton,
2 Greenwell, Bennett, Yao, Harris, DeCoulode, and Williams shall have until March 26, 2018 to
3 respond to the First Amended Complaint.

4 DATED: February 12, 2018          FREEDOM X LAW

6                                                By:  */s/ William J. Becker, Jr.*
7                                                       WILLIAM J. BECKER, JR.
                                                       Attorneys for Plaintiffs

9 DATED: February 12, 2018          MUNGER, TOLLES & OLSON LLP

12                                               By:  */s/ Bryan H. Heckenlively*
                                                       BRYAN H. HECKENLIVELY
13                                               Attorneys for Defendants The Regents of the University
                                                 of California, Janet Napolitano, Nicholas B. Dirks,
14                                               Carol T. Christ, Stephen C. Sutton, Joseph D.
                                                 Greenwell, Margo Bennett, Alex Yao, Leroy Harris,
15                                               Marc DeCoulode, and Joey Williams

## ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)

I, Bryan H. Heckenlively, am the ECF User whose ID and password are being used to file this document. I hereby attest that concurrence in the filing of this document has been obtained from the signatories.

DATED: February 12, 2018  */s/ Bryan H. Heckenlively*
BRYAN H. HECKENLIVELY