1 | RACHEL LEDERMAN, SBN 130192
2 | Rachel Lederman & Alexsis C. Beach, Attorneys
3 | 558 Capp Street
4 | San Francisco, CA 94110
5 | Telephone: (415) 282-9300
  | Fax: (510) 590-9296
  | E-mail: *rachel@bllaw.info*

Attorneys for defendant Raha Mirabdal

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| JOHN JENNINGS, ET AL., | Case No. 18-cv-00268 CW |
|---|---|
| Plaintiff, | **STIPULATION SETTING DEADLINE FOR DEFENDANT TO RESPOND TO FIRST AMENDED COMPLAINT** |
| v. | |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA, ET AL. | |
| Defendants. | Judge: Hon. Claudia Wilken<br>Trial Date: None set. |

Defendant Raha Mirabdal and the plaintiffs hereby stipulate as follows:

The undersigned counsel shall accept service on behalf of Ms. Mirabdal, and Ms. Mirabdal shall have until March 26, 2018, to respond to the First

Amended Complaint. It is so stipulated.

Dated: February 25, 2018          Respectfully submitted,

/s/
RACHEL LEDERMAN
Attorney for defendant Raha Mirabdal

Dated: Feb. 26, 2018          FREEDOM X LAW
/s/
WILLIAM J BECKER
Attorneys for plaintiffs

## ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)

I, Rachel Lederman, am the ECF user whose ID and password are being used to file this document. I hereby attest that concurrence in the filing of this document has been obtained from the signatories.

Dated: Feb. 26, 2018          /s/
RACHEL LEDERMAN