IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN JENNINGS, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,<br><br>    Defendants. | Case No. 18-cv-00268-CW<br><br>ORDER TERMINATING AS MOOT DEFENDANTS CITY OF BERKELEY AND ANDREW R. GREENWOOD'S MOTION TO DISMISS<br><br>(Dkt. No. 36) |

On March 28, 2018, Defendants City of Berkeley (Berkeley)[1] and Andrew R. Greenwood filed a motion to dismiss.  Docket No. 36.  On April 19, 2018, Plaintiffs John Jennings, Katrina Redelsheimer, Trever Hatch, and Donald Fletcher filed a notice of voluntary dismissal of their claims against Defendants Berkeley, BPD, and Greenwood pursuant to Federal Rule of Civil Procedure 41(a).  Docket No. 40.

Accordingly, Defendants Berkeley and Greenwood's motion to dismiss (Docket No. 36) is hereby terminated as moot.

IT IS SO ORDERED.

Dated: June 1, 2018

CLAUDIA WILKEN
United States District Judge

---

[1] In the motion to dismiss, Berkeley also responded to the complaint's allegations against the City of Berkeley Police Department (BPD).  Berkeley's position is that the BPD is not a stand-alone legal entity, but rather a division of Berkeley, and therefore Berkeley is the proper defendant.