BRADLEY S. PHILLIPS (SBN 85263)
brad.phillips@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

BRYAN H. HECKENLIVELY (SBN 279140)
bryan.heckenlively@mto.com
ELIZABETH A. KIM (SBN 295277)
elizabeth.kim@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

CHARLES F. ROBINSON (SBN 113197)
charles.robinson@ucop.edu
MARGARET L. WU (SBN 184167)
margaret.wu@ucop.edu
UNIVERSITY OF CALIFORNIA
Office of the General Counsel
1111 Franklin Street, 8th Floor
Oakland, CA  94607-5200
Telephone:     (510) 987-9800
Facsimile:     (510) 987-9757

Attorneys for Defendants THE REGENTS OF
THE UNIVERSITY OF CALIFORNIA, JANET
NAPOLITANO, NICHOLAS B. DIRKS, CAROL
T. CHRIST, STEPHEN C. SUTTON, JOSEPH D.
GREENWELL, MARGO BENNETT, ALEX
YAO, LEROY HARRIS, MARC DECOULODE,
AND JOEY WILLIAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JOHN JENNINGS, et al.,<br><br>          Plaintiff,<br><br>     vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,<br><br>          Defendants. | Case No. 18-CV-00268-CW<br><br>**CORRECTED STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Judge:     Hon. Claudia Wilken |

# STIPULATION

In support of this Stipulation, the Parties state as follows:

WHEREAS, an Initial Case Management is set for November 6, 2018;

WHEREAS, pursuant to the Parties' February 12, 2018 Stipulation, Defendants Napolitano, Dirks, Christ, Sutton, Greenwell, Bennett, Yao, Harris, DeCoulode, and Williams (the "UC Defendants") moved to dismiss Plaintiffs' First Amended Complaint on March 26, 2018, which the Court has taken under advisement;

WHEREAS, the UC Defendants contend that Plaintiffs' FAC must be dismissed pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) and the Parties agree that it would be inefficient and premature to proceed with the initial Case Management Conference or the associated Rule 26(f) joint report in light of the pending motion to dismiss;

WHEREAS, the Court has previously continued the Initial Case Management Conference by stipulation from June 26, 2018 to September 4, 2018, and again from September 4, 2018 to November 6, 2018 on the same basis.

NOW THEREFORE, Plaintiffs and Defendants through their counsel of record stipulate and respectfully request that the Court order the following:

1. The Initial Case Management Conference set for November 6, 2018 should be CONTINUED to December 18, 2018;
2. All other dates tied to the Initial Case Management Conference should be continued accordingly

DATED:  October 11, 2018

By: */s/ William J. Becker, Jr.*
WILLIAM J. BECKER, JR.
Attorney for Plaintiffs

1 | DATED: October 11, 2018

By: _/s/ Bryan H. Heckenlively_
BRYAN H. HECKENLIVELY
Attorney for UC Defendants

DATED: October 11, 2018

By: _/s/ John Hamasaki_
JOHN HAMASAKI
Attorneys for Defendant Miller

DATED: October 11, 2018

By: _/s/ Rachel Lederman_
RACHEL LEDERMAN
Attorneys for Defendant Mirabdal

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I, Bryan H. Heckenlively, am the ECF User whose ID and password are being used to file this document. I hereby attest that concurrence in the filing of this document has been obtained from the signatories.

DATED: October 11, 2018                    */s/ Bryan H. Heckenlively*
                                           BRYAN H. HECKENLIVELY

**[PROPOSED] ORDER**

The Court hereby CONTINUES the Initial Case Management Conference currently set for November 6, 2018 at 2:30 p.m. to December 18, 2018 at 2:30 p.m. A joint Case Management Statement is due December 11, 2018. The parties shall meet and confer regarding Rule 26 initial disclosures, early settlement, ADR process selection, and discovery plan no later than November 27, 2018.

IT IS SO ORDERED.

DATED: _____, 2018

_____
Honorable Claudia Wilken
United States District Judge