| | |
|---|---|
| BRADLEY S. PHILLIPS (SBN 85263) | CHARLES F. ROBINSON (SBN 113197) |
| brad.phillips@mto.com | charles.robinson@ucop.edu |
| MUNGER, TOLLES & OLSON LLP | MARGARET L. WU (SBN 184167) |
| 350 South Grand Avenue | margaret.wu@ucop.edu |
| Fiftieth Floor | UNIVERSITY OF CALIFORNIA |
| Los Angeles, California 90071-3426 | Office of the General Counsel |
| Telephone: (213) 683-9100 | 1111 Franklin Street, 8th Floor |
| Facsimile: (213) 687-3702 | Oakland, CA 94607-5200 |
| | Telephone: (510) 987-9800 |
| BRYAN H. HECKENLIVELY (SBN 279140) | Facsimile: (510) 987-9757 |
| bryan.heckenlively@mto.com | |
| ELIZABETH A. KIM (SBN 295277) | |
| elizabeth.kim@mto.com | |
| MUNGER, TOLLES & OLSON LLP | |
| 560 Mission Street | |
| Twenty-Seventh Floor | |
| San Francisco, California 94105-2907 | |
| Telephone: (415) 512-4000 | |
| Facsimile: (415) 512-4077 | |

Attorneys for Defendants THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, JANET NAPOLITANO, NICHOLAS B. DIRKS, CAROL T. CHRIST, STEPHEN C. SUTTON, JOSEPH D. GREENWELL, MARGO BENNETT, ALEX YAO, LEROY HARRIS, MARC DECOULODE, AND JOEY WILLIAMS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JOHN JENNINGS, et al., | Case No. 18-CV-00268-CW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE, CONTINUING DEADLINE TO FILE SECOND AMENDED COMPLAINT, AND SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS SECOND AMENDED COMPLAINT** |
| vs. | |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al., | |
| Defendants. | |
| | Judge: Hon. Claudia Wilken |

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | In support of this Stipulation, the Parties state as follows: |
| 3 | WHEREAS, an Initial Case Management is set for December 18, 2018; |
| 4 | WHEREAS, pursuant to the Parties' February 12, 2018 Stipulation, Defendants |
| 5 | Napolitano, Dirks, Christ, Sutton, Greenwell, Bennett, Yao, Harris, DeCoulode, and Williams (the |
| 6 | "UC Defendants") moved to dismiss Plaintiffs' First Amended Complaint on March 26, 2018; |
| 7 | WHEREAS, on November 14, 2018, the Court entered an order granting the UC |
| 8 | Defendants' motion to dismiss, with leave to amend in certain respects, within 21 days; |
| 9 | WHEREAS, Plaintiffs intend to file Second Amended Complaint and require additional |
| 10 | time to prepare that pleading, and no other party objects to providing an extension to December |
| 11 | 19, 2018 to file the Second Amended Complaint; |
| 12 | WHEREAS, the UC Defendants expect to file a motion to dismiss the Second Amended |
| 13 | Complaint, which motion would be due on January 2, 2019 if the complaint is filed on December |
| 14 | 19, 2018, with oppositions due on January 16, 2019, and replies due on January 23, 2019; |
| 15 | WHEREAS, in light of the holidays and the schedules of counsel and the parties, the |
| 16 | parties agree that it would be more efficient to set a briefing schedule whereby any motion to |
| 17 | dismiss is due on January 18, 2019, any oppositions to that motion are due on February 1, 2019, |
| 18 | and any replies are due on February 15, 2019, with a hearing 7 days or more after February 15, |
| 19 | 2019; |
| 20 | WHEREAS, the Parties agree that it would be inefficient and premature to proceed with |
| 21 | the initial Case Management Conference or the associated Rule 26(f) joint report in light of the |
| 22 | pending motion to dismiss; |
| 23 | WHEREAS, the Court has previously continued the Initial Case Management Conference |
| 24 | by stipulation from June 26, 2018 to September 4, 2018, again from September 4, 2018 to |
| 25 | November 6, 2018, and again from November 6, 2018 to December 18, 2018. |
| 26 | NOW THEREFORE, Plaintiffs and Defendants through their counsel of record stipulate |
| 27 | and respectfully request that the Court order the following: |
| 28 | 1. The Second Amended Complaint is due on December 19, 2018. |

-1- 18-cv-00268-CW
STIPULATION AND [PROPOSED] ORDER RE: INITIAL CMC & SECOND AMENDED COMPLAINT

2. Any motions to dismiss the anticipated Second Amended Complaint are due on January 18, 2019, any oppositions to that motion are due on February 1, 2019, and any replies are due on February 15, 2019.

3. The Initial Case Management Conference set for December 18, 2018 should be CONTINUED to March 19, 2019;

4. All other dates tied to the Initial Case Management Conference should be continued accordingly

DATED: November 28, 2018

By: _____*/s/ William J. Becker, Jr.*_____
WILLIAM J. BECKER, JR.
Attorney for Plaintiffs

DATED: November 28, 2018

By: _____*/s/ Bryan H. Heckenlively*_____
BRYAN H. HECKENLIVELY
Attorney for UC Defendants

DATED: November 28, 2018

By: _____*/s/ John Hamasaki*_____
JOHN HAMASAKI
Attorney for Defendant Miller

DATED: November 28, 2018

By: _____*/s/ Rachel Lederman*_____
RACHEL LEDERMAN
Attorney for Defendant Mirabdal

-2- 18-cv-00268-CW
STIPULATION AND [PROPOSED] ORDER RE: INITIAL CMC & SECOND AMENDED COMPLAINT

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I, Bryan H. Heckenlively, am the ECF User whose ID and password are being used to file this document. I hereby attest that concurrence in the filing of this document has been obtained from the signatories.

DATED: November 28, 2018

*/s/ Bryan H. Heckenlively*
BRYAN H. HECKENLIVELY

1 **[PROPOSED]** **ORDER**

2 The Court hereby CONTINUES the Initial Case Management Conference currently set for

3 December 18, 2018 at 2:30 p.m to March 19, 2019 at 2:30 p.m.. A joint Case Management

4 Statement is due March 12, 2019. The parties shall meet and confer regarding Rule 26 initial

5 disclosures, early settlement, ADR process selection, and discovery plan no later than February

6 26, 2019.

7 Plaintiffs' Second Amended Complaint is due on December 19, 2018. Any motions to

8 dismiss the Second Amended Complaint are due on January 18, 2019, any oppositions to that

9 motion are due on February 1, 2019, and any replies are due on February 15, 2019.

10 IT IS SO ORDERED.

12 DATED: 11/29/2018

15 Honorable Claudia Wilken
United States District Judge