BRADLEY S. PHILLIPS (SBN 85263)
brad.phillips@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:      (213) 683-9100
Facsimile:      (213) 687-3702

BRYAN H. HECKENLIVELY (SBN 279140)
bryan.heckenlively@mto.com
ELIZABETH A. KIM (SBN 295277)
elizabeth.kim@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:      (415) 512-4000
Facsimile:      (415) 512-4077

CHARLES F. ROBINSON (SBN 113197)
charles.robinson@ucop.edu
MARGARET L. WU (SBN 184167)
margaret.wu@ucop.edu
UNIVERSITY OF CALIFORNIA
Office of the General Counsel
1111 Franklin Street, 8th Floor
Oakland, CA  94607-5200
Telephone:      (510) 987-9800
Facsimile:      (510) 987-9757

Attorneys for Defendants THE REGENTS OF
THE UNIVERSITY OF CALIFORNIA, JANET
NAPOLITANO, NICHOLAS B. DIRKS, CAROL
T. CHRIST, STEPHEN C. SUTTON, JOSEPH D.
GREENWELL, MARGO BENNETT, ALEX
YAO, LEROY HARRIS, MARC DECOULODE,
AND JOEY WILLIAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JOHN JENNINGS, et al., | Case No. 18-CV-00268-CW |
| Plaintiff, | **STIPULATION RE UC DEFENDANTS' DEADLINE TO ANSWER** |
| vs. | |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al., | Judge:      Hon. Claudia Wilken |
| Defendants. | |

## STIPULATION

In support of this Stipulation, the Parties state as follows:

WHEREAS, on March 12, 2019, the Court entered an order granting in part and denying in part the UC Defendants' motion to dismiss the Second Amended Complaint;

WHEREAS, on March 12, 2019, the Court entered an order granting in part and denying in part Defendant Raha Mirabdal's motion to dismiss with leave to amend within twenty-one days, with Defendant Mirabdal's answer due on April 22, 2019;

WHEREAS, the hearing on the motions to dismiss previously set for April 23, 2019 has been vacated;

WHEREAS, the UC Defendants' Answer is currently due on March 26, 2019;

WHEREAS, the UC Defendants understand that Plaintiffs intend dismiss Defendant Mirabdal from this action and Plaintiffs do not intend to further amend their complaint;

WHEREAS, in order to allow the UC Defendants to prepare an answer in light of the Court's ruling and because of the schedules of counsel, the Parties agree that the UC Defendants' Answer deadline should be continued to April 22, 2019;

WHEREAS, this Stipulation would not affect the June 4, 2019 Initial Case Management Conference or any other deadlines set by the Court;

NOW THEREFORE, Plaintiffs and Defendants through their counsel of record stipulate and respectfully request that the UC Defendants' deadline to file an Answer shall be extended to April 22, 2019.

DATED:  March 26, 2019

By:   _/s/ William J. Becker, Jr._
     WILLIAM J. BECKER, JR.
     Attorney for Plaintiffs

1   DATED:  March 26, 2019

2

3
                                    By:   _____/s/ Bryan H. Heckenlively_____
4                                         BRYAN H. HECKENLIVELY
                                          Attorney for UC Defendants
5
    DATED:  March 26, 2019
6

7

8                                   By:   _____/s/ John Hamasaki_____
                                          JOHN HAMASAKI
9                                         Attorney for Defendant Miller

10

11  DATED:  March 26, 2019

12

13
                                    By:   _____/s/ Rachel Lederman_____
14                                        RACHEL LEDERMAN
                                          Attorney for Defendant Mirabdal
15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**</u>

I, Bryan H. Heckenlively, am the ECF User whose ID and password are being used to file this document.  I hereby attest that concurrence in the filing of this document has been obtained from the signatories.

DATED:  March 26, 2019

*/s/ Bryan H. Heckenlively*
BRYAN H. HECKENLIVELY