# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| JOHN JENNINGS, et al.;<br><br>Plaintiffs,<br><br>vs.<br><br>JANET NAPOLITANO, et al.;<br><br>Defendants. | Case No.: 4:18-cv-0268-CW<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE**<br><br>**[Motion to Appear at Case Management Conference by Telephone filed separately]**<br><br>Judge: Hon. Claudia Wilken<br>Ctrm: 6, 2nd Floor<br>Date: September 10, 2019<br>Time: 2:30 p.m. |

The Court, having considered Plaintiffs' Motion to Appear at the Case Management Conference by Telephone, orders as follows:

The Motion is GRANTED.

Dated: September 4, 2019



_____
The Hon. Claudia Wilken
Judge of the United States District Court