WILLIAM J. BECKER, JR., ESQ. (SBN: 134545)
Bill@FreedomXLaw.com
JEREMIAH D. GRAHAM, ESQ. (SBN: 313206)
JeremiahDGraham@gmail.com
**FREEDOM X**
11500 Olympic Blvd., Suite 400
Los Angeles, CA 90064
Telephone: (310) 636-1018
Fax: (310) 765-6328

SHAWN STEEL, ESQ. (SBN: 80706) (*Pro hac vice*)
ShawnSteel@shawnsteel.com
ALEXANDER C. EISNER, ESQ. (SBN: 298968)
AlexanderEisner@shawnsteel.com
**SHAWN STEEL LAW FIRM**
3010 Old Ranch PKWY, Suite 260
Seal Beach, CA 90740
Telephone: (949) 551-9000
Fax: (949) 612-9797

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| JOHN JENNINGS, et al., | Case No.: 4:18-cv-0268-CW (JSC) |
| Plaintiffs, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL** |
| JANET NAPOLITANO, et al., | |
| Defendants. | |

/ / /

/ / /

/ / /

1  NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiffs voluntarily
2  dismisses the above-captioned action with prejudice.
3  Date: August 27, 2020                    FREEDOM X
4
5                    By:   /s/ William J. Becker, Jr.
                           WILLIAM J. BECKER, JR., ESQ. (SBN: 134545)
6                          Bill@FreedomXLaw.com

Not. Of Voluntary Dismisal                                    Case No: 18-cv-0268 CW